AO 238 (Rev. 06/19) Arrest Warrant and Notice B    Arrest

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **MIMBS, RICHARD T** | ) |
| **161 LOVE ST** | ) |
| **FRANKLIN, NC 28734** | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| **WC41**     **F5492422** | | **09/14/2025** |
| ET AL. | | |
| Offense(s) | | Amount Due |
| CUTTING/DAMAGING GINSENG | | **APPEARANCE REQUIRED** |
| FTA on 1/13/2026 | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

If the defendant has paid the amount due, you may return this warrant unexecuted.

Date and time issued:  1/14/26 1045 AM

_____
*Judge's signature*
HON W. CARLETON METCALF

### Return

| | Date: | Location: |
|---|---|---|
| **Received** | 4/3/26 | SAndersville, GA |

*Executed by the arrest of the defendant.*

| | Date: | Location: |
|---|---|---|
| **Arrested** | 4/3/26 | Sandersville, GA |

Name: L. Cheatham    Title: DUSM    District: M GA

Date: 4/6/26    Signature: J Cheatham